UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00209-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN ANDRE DENNIS | ) | |

This matter came before the court for hearing on defense counsel's motion to withdraw. As stated in open court, the motion is ALLOWED, and the Federal Public Defender is DIRECTED to appoint additional counsel to represent the defendant.

This 9 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge